JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GIBSON,<br><br>      Plaintiff,<br><br>   v.<br><br>RSB EQUITY GROUP, LLC and ROY MULLMAN,<br><br>      Defendants. | CV 15-2702 PA (VBKx)<br><br>JUDGMENT |

Pursuant to the Court's December 29, 2015 Minute Order granting the Motion for Default Judgment filed by plaintiff Aaron Gibson ("Plaintiff") against defendants RSB Equity Group, LLC and Roy Mullman (collectively "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

Defendants shall pay to Plaintiff the total amount of $5,591.50 (itemized as $2,000.00 in statutory damages, $3151.50 in attorneys' fees, and $440.00 in costs).

DATED: December 28, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE